**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MAINE**

RICHARD A. CAYER and ANN CAYER,

Plaintiffs,

v.

TOWN OF MADAWASKA,
DISTRICT ATTORNEY TODD R. COLLINS,
DISTRICT COURT JUDGE CARRIE LINTHICUM,

Defendants.

Civil Action No. _____

**COMPLAINT FOR DECLARATORY, INJUNCTIVE, AND OTHER RELIEF UNDER 42 U.S.C. § 1983**

Plaintiffs Richard A. Cayer and Ann Cayer bring this action under 42 U.S.C. § 1983 to redress violations of their constitutional rights by the Town of Madawaska, District Attorney Todd R. Collins, and District Court Judge Carrie Linthicum. Plaintiffs seek declaratory and injunctive relief, including expungement and dismissal of a retaliatory criminal charge based on a constitutionally defective Protection from Harassment (PFH) order.

**JURISDICTION AND VENUE**

1. This action arises under the Constitution and laws of the United States, including 42 U.S.C. § 1983. Jurisdiction is proper under 28 U.S.C. § 1331 and § 1343(a)(3).

2. Venue is proper in the District of Maine under 28 U.S.C. § 1391(b), as all events occurred in Aroostook County, Maine.

**PARTIES**

3. Richard A. Cayer is an 80-year-old resident of Saint David, Maine.

4. Ann Cayer is a 78-year-old resident and spouse of Richard A. Cayer.

5. Defendant Town of Madawaska is a Maine municipality.

6. Defendant Todd R. Collins is the District Attorney for Aroostook County, sued in his official capacity.

7. Defendant Judge Carrie Linthicum is a Maine District Court judge, sued in her official capacity.

## FACTUAL ALLEGATIONS

8. On June 13, 2025, Plaintiffs were served with a temporary PFH order issued without prior notice or opportunity to be heard.

9. Plaintiffs filed multiple motions to dissolve and vacate the order but received no hearing or written findings in violation of 5 M.R.S. § 4654(1)(C) and (2).

10. On June 27, 2025, without written justification or opportunity to present evidence, the District Court made the temporary order final.

11. On July 9, 2025, Richard Cayer was arrested for allegedly violating this final order, despite it lacking legal clarity and proper duration.

12. The resulting criminal charge has caused further harm, stress, and financial loss.

13. The PFH process was abused by local officials and courts to retaliate and silence Plaintiffs, violating their rights under the Fourteenth Amendment.

## CLAIMS FOR RELIEF

COUNT I: Procedural Due Process Violation (14th Amendment)

COUNT II: Retaliation and Abuse of Process (1st and 14th Amendments)

Plaintiffs seek:
a. Declaratory judgment invalidating the PFH orders;
b. Injunctive relief enjoining further enforcement;
c. Expungement or dismissal of the resulting criminal charge;
d. Attorneys' fees and costs (if applicable);
e. Any other relief deemed just and proper.

**COMPLAINT FOR DECLARATORY, INJUNCTIVE, AND OTHER RELIEF UNDER 42 U.S.C. § 1983**

This is a civil rights complaint filed by Richard A. Cayer and Ann Cayer, seeking declaratory and injunctive relief, as well as expungement of a criminal charge, due to violations of their constitutional rights by the Town of Madawaska, District Attorney Todd Collins, and District Court Judge Carrie Linthicum.

Respectfully submitted,

*Richard A. Cayer*

Richard A. Cayer
Plaintiff, Pro Se
57 Chapel Road, Lot 468
St. David, ME 04773
(207) 728-6613

*Ann Cayer*

Ann Cayer
Plaintiff, Pro Se
57 Chapel Road, Lot 468
St. David, ME 04773